PARMELEE vs. THE SAVANNAH, FLORIDA & WESTERN
RAILWAY.

The certificate of the presiding judge to the bill of exceptions stated
that, "I do certify that the foregoing bill of exceptions, and con-
tains all the evidence material," etc. :
*Held*, that this was fatally defective, in not stating that the bill of
exceptions was true.
Writ of error dismissed.

September 18, 1883.

WATSON vs. McCARTY.

A dissatisfied litigant in a justice's court presented his petition for
*certiorari* to the judge of the superior court, who refused to sanc-
tion it, and the petitioner excepted. The bill of exceptions set
out these facts, and following the certificate of the judge was what
appeared to be the petition for *certiorari*, but it was not identified
by the judge :
*Held*, that the writ of error must be dismissed.

October 10, 1883

FINNEY vs. HOOD et al. ; THURMAN vs. CULVERHOUSE ;
WALKER vs. BANKS, trustee

After a bill of exceptions has been filed in the office of the clerk of
the superior court, an acknowledgment of service by defendant in
error cannot be endorsed thereon ; and the writ will be dismissed,
although such entry purports to acknowledge "due and legal serv-
ice."
Writ of error dismissed.

October 5, 11, 24, 1883.

LAMBERT vs. THE STATE OF GEORGIA ; BROWN vs. THE STATE
OF GEORGIA ; SMITH vs. THE STATE OF GEORGIA.

The verdict was supported by the evidence.